RECEIVED
JUN 21 2023
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-CR-099 |
| v. | INDICTMENT |
| DAVID ISAIS VILLALOBOS ZUNIGA, | T. 18 U.S.C. § 922(g)(3) |
| | T. 18 U.S.C. § 924(a)(8) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 18 U.S.C. § 1470 |
| | T. 18 U.S.C. § 2251(a), (e) |
| | T. 18 U.S.C. § 2422(b) |
| | T. 18 U.S.C. § 2428 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Attempted Production of Child Pornography)**

From on or about April 1, 2023, to on or about June 16, 2023, in the Southern District of Iowa, the Defendant, DAVID ISAIS VILLALOBOS ZUNIGA, did knowingly attempt to use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and (e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Attempted Coercion and Enticement)**

From on or about April 1, 2023, to on or about June 16, 2023, in the Southern District of Iowa, the Defendant, DAVID ISAIS VILLALOBOS ZUNIGA, using a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual abuse in the second degree, in violation of Iowa Code, Section 709.3(1)(b).

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Attempted Transfer of Obscene Matter to a Minor)**

From on or April 1, 2023, to on or about June 16, 2023, in the Southern District of Iowa, the defendant, DAVID ISAIS VILLALOBOS ZUNIGA, did, by means and facility of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

This is a violation of Title 18, United States Code, Section 1470.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
(User of a Controlled Substance in Possession of a Firearm)

On or about June 16, 2023, in the Southern District of Iowa, the defendant, DAVID ISAIS VILLALOBOS ZUNIGA, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Lorcin pistol, model L380, caliber .380, with serial number 265585. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

If the defendant, DAVID ISAIS VILLALOBOS ZUNIGA, is convicted of the offense alleged in Count 2 of this Indictment, the defendant shall forfeit to the United States his interest in any property, real or personal, used or intended to be used to commit or facilitate the offense, including but not limited to a Motorola model Moto e5 plus cellular telephone.

This is pursuant to Title 18, United States Code, Section 2428.

THE GRAND JURY FURTHER FINDS:

NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 4 of this Indictment, the defendant, DAVID ISAIS VILLALOBOS ZUNIGA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms and ammunition identified in Count 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____ FOR
Debra Mendenhall
Assistant United States Attorney